

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00128-CV

Rajah **JEFFERS** and all other occupants,
Appellants,

v.

**HOUSING AUTHORITY OF THE CITY OF SAN ANTONIO**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV00800
Honorable John Francis Davis, Judge Presiding

PER CURIAM

Sitting:        Sandee Bryan Marion, Chief Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: September 18, 2019

DISMISSED FOR WANT OF PROSECUTION

Appellants Rajah Jeffers and all other occupants filed a pro se notice of appeal from a judgment of eviction signed on February 22, 2019. Their brief was originally due May 3, 2019. When their brief was not filed, we ordered them to file, on or before May 31, 2019, their brief along with a written response reasonably explaining their failure to timely file their brief. We further advised appellants that if they failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

On June 28, 2019, appellants filed a sufficient response, requesting a twenty-day extension to file their brief. We granted appellants' request and ordered the brief due July 29, 2019. Appellants did not file a brief, so we again ordered them to file, on or before August 26, 2019, their brief along with a written response reasonably explaining their failure to timely file their brief. We again advised appellants that if they failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See id.* Neither a brief nor a motion for extension of time has been filed.

We therefore order this appeal dismissed for want of prosecution. *See id.* R. 38.8(a)(1), 42.3(b). We further order that no costs be assessed against appellants because they are indigent.

PER CURIAM